516

Morvin DUEL, Commissioner of Insurance, Etc., Plaintiff-Appellee, v. NATIONAL SURETY CORPORATION, Defendant-Appellant.

No. 9025.

Circuit Court of Appeals, Seventh Circuit.

Oct. 24, 1946.

J. G. Hardgrove, Paul R. Newcomb, and Bert Vandervelde, all of Milwaukee, Wis., (Miller, Mack & Fairchild, of Milwaukee, Wis., of counsel), for appellant.

Frank T. Boesel, of Milwaukee, Wis., for appellee.

Before SPARKS and MAJOR, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

By reference we adopt the opinion of the District Court as that of this court. See 64 F.Supp. 961.

Judgment affirmed.

Ivan Laughlin WAGNER, Appellant, v. UNITED STATES of America, Appellee.

No. 11610.

Circuit Court of Appeals, Fifth Circuit.

Oct. 23, 1946.

Ivan Laughlin Wagner, of Leavenworth, Kansas, in pro. per., for appellant.

John D. Hill, U. S. Atty., of Birmingham, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The motion to dismiss is overruled and the judgment affirmed.

MISSISSIPPI VALLEY TRUST COMPANY, Trustee for the Benefit of Norma Bueltermann, under the Will of Louis Bueltermann, Deceased, Appellant, v. UNITED STATES of America.

No. 13205.

Circuit Court of Appeals, Eighth Circuit.

Sept. 7, 1946.

Abraham Lowenhaupt, Henry C. Lowenhaupt, H. M. Stolar, and Fred L. Kuhlmann, all of St. Louis, Mo., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikestan, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Judgment of District Court, 61 F.Supp. 451, reversed and cause remanded to said District Court for proceedings not inconsistent with opinion in Bueltermann, Appellant, v. United States of America, 8 Cir., 155 F.2d 597, on stipulation of parties.

MISSISSIPPI VALLEY TRUST COMPANY, Trustee for the Benefit of Arthur Bueltermann, under the Will of Louis Bueltermann, Deceased, Appellant, v. UNITED STATES of America.

No. 13207.

Circuit Court of Appeals, Eighth Circuit.
Sept. 7, 1946.

Abraham Lowenhaupt, Henry C. Lowenhaupt, H. M. Stolar, and Fred L. Kuhlmann, all of St. Louis, Mo., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikestan, Mo.,

and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Judgment of District Court, 61 F.Supp. 451, reversed and cause remanded to said District Court for proceedings not inconsistent with opinion in Bueltermann, Appellant, v. United States of America, 8 Cir., 155 F.2d 597, on stipulation of parties.

ACTIVATED SLUDGE, Inc., et al., Plaintiffs-Appellees, v. SANITARY DISTRICT OF CHICAGO, Defendant-Appellant.

No. 9049.

Circuit Court of Appeals, Seventh Circuit.

Oct. 28, 1946.

Ernst Buehler, Edmund D. Adcock, Eli E. Fink, and Ralph M. Snyder, all of Chicago, Ill., for appellant.

Charles L. Byron and Gordon F. Hook, both of Chicago, Ill., for appellees.

Before SPARKS and MAJOR, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

By reference we adopt the opinion of the District Court as that of this court. See 64 F.Supp. 25.

Decree affirmed. For the reason announced at the hearing Judge BRIGGLE did not participate in this decision.

BALDWIN BROTHERS COMPANY, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 10235.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1946.

Walter H. Scott, of Corry, Pa., for petitioner.

Douglas W. McGregor, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record, briefs and oral arguments of counsel; and it appearing that the findings of the Tax Court are substantially supported by the evidence, and that its conclusions of law are correct, it is ordered that the judgment of the Tax Court be affirmed on the grounds and for the reasons given by the Tax Court in its memorandum findings of fact and opinion entered July 30, 1945.

Philip BODNE, Appellant, v. UNITED STATES of America, Appellee.

No. 11559.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.

Lawrence S. Camp, for appellant.

M. Neil Andrews, U. S. Atty., and Allen E. Lockerman, Asst. U. S. Atty., all of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment of the Court below is affirmed.

John Francis COCHRAN, Appellant, v. UNITED STATES of America, Appellee.

No. 11627.

Circuit Court of Appeals, Fifth Circuit.

Oct. 30, 1946.